UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :        CHAPTER 13
                              :
JOHN H. PETTY                 :
DANIELLE E. PETTY             :
                              :
        DEBTORS               :        NO. 25-14355 (DJB)

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtors(s) has/have filed all applicable federal, state and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent Confirmation hearing.

Date: January 8, 2026            /s/ David B. Spitofsky
                                 David B. Spitofsky, Esquire
                                 516 Swede Street
                                 Norristown, PA 19401
                                 Phone No.: (610) 272-4555
                                 Fax No.: (610) 272-2961
                                 Email: spitofskylaw@verizon.net
                                 Attorney for Debtor(s)