United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14355-djb |
| John H. Petty | Chapter 13 |
| Danielle E. Petty | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Petty, Danielle E. Petty, 36 Andrew Lane, Lansdale, PA 19446-1402 |
| 15065783 | + | Northwest Bank, Attn: Bankruptcy, P.O. Box 128, Warren, PA 16365-0128 |
| 15068326 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15065773 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 06 2026 00:20:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 15085056 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 06 2026 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15065774 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 00:30:46 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15069071 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 00:30:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15065775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:25 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, P.O. Box 790040, St Louis, MO 63179-0040 |
| 15090308 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15065776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 00:30:39 | Costco Citi Card, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 15065778 | | Email/Text: mrdiscen@discover.com | Feb 06 2026 00:20:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15065769 | ^ | MEBN | Feb 06 2026 00:18:53 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 15065777 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 06 2026 00:21:00 | Dept Of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15065772 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 06 2026 00:21:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15065779 | ^ | MEBN | Feb 06 2026 00:18:41 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 15085087 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2026 00:21:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15065780 | ^ | MEBN | Feb 06 2026 00:18:48 | Jefferson Health, P.O. Box 785992, Philadelphia, PA 19178-5992 |
| 15088712 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 00:30:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065782 | | Email/Text: ml-ebn@missionlane.com | Feb 06 2026 00:20:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15065781 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2026 00:21:00 | Midland Credit Management, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15085577 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2026 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15065784 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Bank, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15088847 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2026 00:20:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15065785 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 00:21:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15087412 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 00:21:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15065786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 00:30:45 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15071511 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 06 2026 00:21:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 15065787 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 06 2026 00:21:00 | Upstart/WSFS, P. O. Box 1503, San Carlos, CA 94070-7503 |
| 15088043 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 00:30:24 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15088208 | | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 00:30:37 | Verizon by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15065771 | *+ | Danielle E. Petty, 36 Andrew Lane, Lansdale, PA 19446-1402 |
| 15065770 | *+ | John H. Petty, 36 Andrew Lane, Lansdale, PA 19446-1402 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026     Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 05, 2026 | Form ID: 155 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Danielle E. Petty spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Debtor John H. Petty spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   John H. Petty  )  Case No. 25−14355−djb
  )
  )
   Danielle E. Petty  )  Chapter: 13
  )
   Debtor(s).  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 5, 2026                       For The Court

                                                         Derek J Baker
                                                         Judge, United States Bankruptcy Court